UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER PAYNE | CIVIL ACTION |
| VERSUS | NO. 24-1857 |
| HAMMOND CITY, ET AL. | SECTION: "E" (3) |

### ORDER SCHEDULING SETTLEMENT CONFERENCE

**IT IS ORDERED** that a settlement conference is scheduled for **Thursday, October 2, 2025, at 1:30 p.m.,** before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana. Please note that a photo ID is required to enter the building. **PLEASE ARRIVE TEN MINUTES BEFORE THE SCHEDULED START TIME.**

**IT IS FURTHER ORDERED** that the parties comply with the attached Settlement Conference Guidelines.

New Orleans, Louisiana, this 5th day of February, 2025.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE