

**Ashley Anderson Traylor**
ashley@ateattorneys.com

**J. Thomas Anderson**
tom@ateattorneys.com

P. O. Drawer 4129 (70404)
509 West Morris Avenue
Hammond, Louisiana 70403
Telephone: (985) 345-7777
Fax: (985) 221-7501

**Christopher J. Edwards, Jr.**
christopher@ateattorneys.com

**S. Camp Sledge**
camp@ateattorneys.com

February 6, 2025

<u>Via Email:</u> <u>efile-morgan@laed.uscourts.gov</u>
Honorable Suzie Morgan
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

  RE: Payne v. City of Hammond; Civil Action No. 24-1857
     Plaintiff's Causes of Action

Dear Honarable Judge Morgan:

Please find following requested items per your scheduling order in this matter.

## **Causes of action asserted against Defendant, City of Hammond**
## **(Hammond Police Department "HPD"):**

**Count One: Discrimination on the basis of sex in Violation of Title VII of the Civil Rights Act of 1964, 42 USC 2000e. et seq.** Specifically, HPD engaged in unlawful discrimination in employment on the basis of sex and retaliated against Plaintiff who assert her rights under the law. This discrimination includes conditions and privileges of employment, including hiring, firing, compensation, benefits, job assignments, promotions, and discipline.

**Count Two: Title I of the Americans with Disabilities Act**

  **Title 42 U.S.C. § 12111 and its implementing regulation, 29 C.F.R. Part 1630.** Defendant, HPD failed to provide Plaintiff with reasonable accommodations to an otherwise qualified employee with disability.

  **Title I of the Americans with Disabilities Act 42 U.S.C. §§ 12112(a) and (b); 29 C.R.F. § 1630.9.** HPD failed to provide Plaintiff with a reassignment to a position within the HPD organization where such accommodations are available.

  **Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq., as amended.** Specifically, HPD discriminated against Plaintiff by denying her reasonable accommodations for her disabilities.

**Count 3:** **Louisiana Employment Discrimination Law("LEDL"), La. R.S. 23:301, et seq.,**
Defendant, HPD failed to provide Plaintiff with reasonable accommodations to an otherwise qualified employee with disability within the meaning and intent of the LEDL.

**Count 4:** **Retaliatory Discharge and Wrongful Termination, Section 703 of Title VII, 42 U.S.C. Section 2000(e) and under Louisiana Revised Statutes, Title 23**
Defendant, HPD, through its Chief of Police and employees of HPD, discriminated against Plaintiff on the basis of sex and retaliated, in effect creating a hostile work environment and depriving Plaintiff of rights, privileges, and immunities, specifically to be free from retaliatory demotion, discharge and wrongful termination.

Thank you for your professional courtesy and cooperation in this matter.

Very truly yours,

Ashley Anderson Traylor

AAT/

Cc:  M. Nan Alessandra, Counsel for Defendant City of Hammond (via email)
     Andre G. Coudrain, Counsel for Defendant City of Hammond (via email)