**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JENNIFER PAYNE** | **CIVIL ACTION NO. 24-1857** |
| **VERSUS** | **SECTION "E"** <br> **DISTRICT JUDGE SUSIE MORGAN** |
| **CITY OF HAMMOND AND ABC INSURANCE COMPANY** | **MAG. DIV. (3)** <br> **MAGISTRATE JUDGE EVA J. DOSSIER** |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**EXTENSION OF TIME WITHIN WHICH TO PLEAD**

NOW INTO COURT, through undersigned counsel, comes Defendant, City of Hammond ("Defendant" or "COH"), and appearing solely for the purpose of this motion, reserving all rights, motions and defenses and without waiver thereof, respectfully moves this Honorable Court for an extension of time of twenty-one (21) days, or until and through March 26, 2025, in which to answer Plaintiff's First Supplemental and Amended Complaint for Damages ("First Amended Complaint") (R. Doc.22) filed by Plaintiff in the above-referenced matter.

Counsel for Plaintiff has been contacted via email and responded that she does not have an objection to the extension requested herein. Defendant submits that this unopposed request for extension is submitted in good faith and is not being made for purpose of delay but is necessitated by the upcoming Mardi Gras holiday, as well as intervening deadlines in this matter and other pending matters.

Accordingly, Defendant, City of Hammond respectfully requests this Court grant its Motion for Extension of Time until March 26, 2025 for Defendant to answer Plaintiff's First Amended Complaint.

2

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ M. Nan Alessandra*
　　　M. NAN ALESSANDRA (#16783)
　　　365 Canal St., Suite 2000
　　　New Orleans, LA  70130
　　　Telephone: (504) 566-1311
　　　Facsimile:  (504) 568-9130
　　　Email:  nan.alessandra@phelps.com

　　　**AND**

　　　**CASHE COUDRAIN & BASS**
　　　ANDRE G. COUDRAIN (#1789)
　　　106 South Magnolia St. (70403)
　　　P.O. Drawer 1590
　　　Hammond, LA  70404
　　　Telephone: (985) 542-6848
　　　Telecopier: (985) 542-9602
　　　Email:  agc@ccbattorneys.com

**ATTORNEYS FOR DEFENDANT, CITY OF HAMMOND**

2